■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MARTINEZ, Appellant. [708 NYS2d 280] —Judgment, Supreme

Court, New York County (Felice Shea, J.), rendered March 8, 1996, convicting defendant, upon his plea of guilty, of assault in the first degree, and sentencing him, as a second felony offender, to a term of 4 to 8 years, unanimously affirmed.

Defendant's claim that his conviction for felony assault (Penal Law § 120.10 [4]) was not based on a proper underlying felony is both unpreserved and waived by his guilty plea (*see, People v Taylor*, 65 NY2d 1). In any event, were we to review this claim, we would find it to be without merit. The sentence imposed was specifically agreed to. Concur—Williams, J. P., Mazzarelli, Rubin, Buckley and Friedman, JJ.